**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Es. (Cal Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee

Order Entered on
March 14, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI

Debtor.

BANKRUPTCY NO. 24-04842-CL7

Date of Hearing:
Time of Hearing:
Name of Judge: Christopher B. Latham

# ORDER ON
## STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS

The court orders as set forth on the continuation pages attached and numbered <u>two (2)</u> through <u>seven (7)</u> with exhibits, if any, for a total of <u>seven (7)</u> pages. Motion/Application Docket Entry No. <u>19</u>.

//
//
//
//
//
//
//

DATED: March 13, 2025

_____
Judge, United States Bankruptcy Court

ORDER ON STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS
DEBTOR: NARGES MIRIAM VAKILI                                                  CASE NO: 24-04842-CL7

---

The Court having read and considered the Stipulation to Extend Deadline to Object to Claim of Exemptions (the "Stipulation"), entered into by Narges Miriam Vakili, and Gerald H. Davis, Chapter 7 Trustee, and finding no objection thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

    1. The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

    2.  The deadline to file objections to debtor's claim of exemptions in Schedule C, is continued from March 16, 2025, to  April 16, 2025.

IT IS SO ORDERED.

# Exhibit "A"

1  Richard C. Norton, Esq. (Cal. Bar No. 135024)
   NORTON MOORE & ADAMS, LLP
2  525 B Street, Suite 1500
   San Diego, California 92101
3  Telephone: (619) 233-8200
   Facsimile: (619) 231-7595
4
   Attorneys for Gerald H. Davis, Chapter 7
5  Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) | CASE NO. 24-04842-CL7 |
|---|---|---|
|  | ) |  |
|  | ) | **STIPULATION TO EXTEND** |
|  | ) | **DEADLINE TO OBJECT TO CLAIM** |
|  | ) | **OF EXEMPTIONS** |
| NARGES MIRIAM VAKILI; | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) | Dept: Two (2) |
|  | ) | Honorable Christopher B. Latham |
|  | ) |  |

Pursuant to this STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS (the "Stipulation") between Gerald H. Davis, Chapter 7 trustee of the bankruptcy estate of Narges Miriam Vakili (the "Trustee"), by and through his counsel Richard C. Norton, Esq., of Norton Moore & Adams, LLP, and Debtor Narge Miriam Vakili (the "Debtor"), by and through his counsel William G. Silverstein, Esq., of the Law Office of William G. Silverstein, the parties agree to the following:

The Trustee concluded the 341a meeting of creditors on February 14, 2025, and the deadline to object to the Debtor's claim of exemptions listed in the Debtor's Schedule C is March 16, 2025.

-1-    STIPULATION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Exhibit "A"

Signed by Judge Christopher B. Latham March 13, 2025

1  The Trustee is in the process of gathering documents relating to the claim of exemptions and has retained counsel, Attorney Norton, to review the Debtor's claim of exemptions in her Schedule C.

The Trustee and his counsel require more time to complete the review of the Debtor's claim of exemptions and has requested the Debtor to extend the deadline to file objections to her claim of exemptions in Schedule C for an additional 30 days, from March 16, 2025, until April 16, 2025.

The Debtor has agreed to the Trustee's request to extend the deadline to file objections to her claim of exemptions in Schedule C for an additional 30 days, from March 16, 2025, until April 16, 2025.

NORTON MOORE & ADAMS
Limited Liability Partnership

Dated: March 12, 2025

By: /s/ Richard C. Norton
Richard C. Norton
Attorneys for Gerald H. Davis, Chapter 7 Trustee

THE LAW OFFICE OF WILLIAM G. SILVERSTEIN

Dated: March 12, 2025

By: /s/ William G. Silverstein
William G. Silverstein
Attorney for Debtor, Narges Miriam Vakili

-2-   STIPULATION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Exhibit "A"

Signed by Judge Christopher B. Latham March 13, 2025

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| NARGES MIRIAM VAKILI; | Debtor(s) | BANKRUPTCY NO. 24-04842-CL7 |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | Defendant(s) | |

## PROOF OF SERVICE

I, __Betsy Medina__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __March 12, 2025__, I served the following documents:

STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __3/12/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- William G. Silverstein, Esq. <pacer@sorehands.com>

☒ Chapter 7 Trustee: Gerald H. Davis < ghd@trusteedavis.com, ghd@trustesolutions.net>

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

Exhibit "A"

Signed by Judge Christopher B. Latham March 13, 2025

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   3/12/2025                    Betsy Medina   /s/ Betsy Medina
              (Date)                       (Typed Name and Signature)

                                           501 West Broadway, Suite 800
                                           (Address)

                                           San Diego, CA 92101
                                           (City, State, ZIP Code)

Exhibit "A"

Signed by Judge Christopher B. Latham March 13, 2025

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 24-04842-CL |
| Narges Miriam Vakili | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 1 |
| Date Rcvd: Mar 14, 2025 | Form ID: pdfO4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

**Recip ID　　　　　Recipient Name and Address**
db　　　　　　　+ Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127, UNITED STATES 92127-1423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com NMAfileclerk@outlook.com |
| United States Trustee | ustp.region15@usdoj.gov |
| William G Silverstein | on behalf of Debtor Narges Miriam Vakili pacer@sorehands.com |

TOTAL: 4