**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Es. (Cal Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee

Order Entered on
May 14, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI

Debtor.

BANKRUPTCY NO. 24-04842-CL7

Date of Hearing:
Time of Hearing:
Name of Judge: Christopher B. Latham

# ORDER ON
## THIRD STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS

The court orders as set forth on the continuation pages attached and numbered <u>two (2)</u> through <u>seven (7)</u> with exhibits, if any, for a total of <u>seven (7)</u> pages. Motion/Application Docket Entry No. <u>49</u>.

//
//
//
//
//
//
//

DATED:  May 14, 2025

_____
Judge, United States Bankruptcy Court

ORDER ON THIRD STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS
DEBTOR: NARGES MIRIAM VAKILI                                                         CASE NO: 24-04842-CL7

---

The Court having read and considered the Third Stipulation to Extend Deadline to Object to Claim of Exemptions (the "Stipulation"), entered into by Narges Miriam Vakili, and Gerald H. Davis, Chapter 7 Trustee, and finding no objection thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

    1. The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

    2.  The deadline to file objections to debtor's claim of exemptions in Schedule C, is continued from May 16, 2025, to  June 16, 2025.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham May 14, 2025

# Exhibit "A"

Signed by Judge Christopher B. Latham May 14, 2025

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461

Attorneys for Gerald H. Davis, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NARGES MIRIAM VAKILI;<br><br>Debtor. | CASE NO. 24-04842-CL7<br><br>**THIRD STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS**<br><br>Dept: One (1)<br>Honorable Christopher B. Latham |

Pursuant to this THIRD STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS (the "Stipulation") between Gerald H. Davis, Chapter 7 trustee of the bankruptcy estate of Narges Miriam Vakili (the "Trustee"), by and through his counsel Richard C. Norton, Esq., of Norton Moore & Adams, LLP, and Debtor Narge Miriam Vakili (the "Debtor"), by and through his counsel William G. Silverstein, Esq., of the Law Office of William G. Silverstein, the parties agree to the following:

The Trustee concluded the 341a meeting of creditors on February 14, 2025, and the deadline to object to the Debtor's claim of exemptions listed in the Debtor's Schedule C was March 16, 2025.

-1-  STIPULATION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

On March 14, 2025, this court entered its order on the "Stipulation to Extend Deadline to Objection to Claim of Exemptions," extending the deadline to file objections to Debtor's claim of exemptions from March 16, 2025, to April 16, 2025.

On April 11, 2025, this court entered its order on the "Second Stipulation to Extend Deadline to Objection to Claim of Exemptions," extending the deadline to file objections to Debtor's claim of exemptions from April 16, 2025, to May 16, 2025.

On April 29, 2025, the Trustee filed ex parte applications requesting authorization to issue and serve subpoenas to financial institutions, Bank of America, Wells Fargo Bank, and United Wholesale Mortgage, LLC.

On April 30, 2025, this court entered its orders approving the Trustee's applications and the subpoenas have been served on the subject financial institutions, with document productions due on May 29, 2025, unless continuances are requested by the financial institutions.

The requested documents under the Rule 2004 subpoenas are necessary for the Trustee to complete his review of the Debtor's claim of exemptions and has requested the Debtor to extend the deadline to file objections to her claim of exemptions in Schedule C for approximately 30 days, from May 16, 2025, until June 16, 2025.

The Debtor has agreed to the Trustee's request to extend the deadline to file objections to her claim of exemptions in Schedule C for approximately 30 days, from May 16, 2025, until June 16, 2025.

|  |  |
|---|---|
| Dated: May 14, 2025 | NORTON MOORE & ADAMS<br>Limited Liability Partnership<br><br>By: /s/ Richard C. Norton<br>Richard C. Norton<br>Attorneys for Gerald H. Davis, Chapter 7 Trustee |
| Dated: May 14, 2025 | THE LAW OFFICE OF WILLIAM G. SILVERSTEIN<br><br>By: /s/ William G. Silverstein<br>William G. Silverstein<br>Attorney for Debtor, Narges Miriam Vakili |

-2- STIPULATION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Exhibit "A"
Signed by Judge Christopher B. Latham May 14, 2025

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI;

Debtor(s)

BANKRUPTCY NO. 24-04842-CL7

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Betsy Medina, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On May 14, 2025, I served the following documents:

THIRD STIPULATION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF EXEMPTIONS

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 5/14/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- William G. Silverstein, Esq. <pacer@sorehands.com>

☒ Chapter 7 Trustee: Gerald H. Davis < ghd@trusteedavis.com, ghd@trustesolutions.net>

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

Exhibit "A"
Signed by Judge Christopher B. Latham May 14, 2025

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  5/14/2025                     Betsy Medina   /s/ Betsy Medina
             (Date)                        (Typed Name and Signature)

                                           501 West Broadway, Suite 800
                                           (Address)

                                           San Diego, CA 92101
                                           (City, State, ZIP Code)

Exhibit "A"
Signed by Judge Christopher B. Latham May 14, 2025

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 24-04842-CL |
| Narges Miriam Vakili | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: May 14, 2025 | Form ID: pdfO1 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127, UNITED STATES 92127-1423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 23:14:34 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2025 23:10:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 23:14:47 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 23:14:41 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 16, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdfO1 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| Alyssa Ivancevich | on behalf of United States Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Gerald H. Davis | ghd@trusteedavis.com  ghd@trustesolutions.net |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com  NMAfileclerk@outlook.com |
| United States Trustee | ustp.region15@usdoj.gov |
| William G Silverstein | on behalf of Debtor Narges Miriam Vakili pacer@sorehands.com |

TOTAL: 5