CSD 2065 [08/01/24]

Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Gerald H. Davis # 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI

Debtor(s)

BANKRUPTCY NO.

24-04842-CL7

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and FRBP 6007(a), notice is hereby given that the undersigned Trustee for this estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:

1. POMERANIAN DOG (FMV) $500.00 (DEBT) UNKNOWN
2. CASH  (FMV) $80.00 (DEBT) UNKNOWN
3. BANK OF AMERICA JOINT CHECKING ACCOUNT (FMV) $592.92 (DEBT) UNKNOWN (50% INTEREST; EXEMPT TO $295.92)

ESTIMATED VALUE OF THE PROPERTY:

AS STATED

LIENS AGAINST THE PROPERTY:

AS STATED

The property is to be abandoned because:

☒ There is little or no equity in the property for the estate.

☐ Costs of collection or litigation will probably exceed any recovery.

☒ Preservation of the asset is burdensome to the bankruptcy estate.

☐ Other:

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors.  Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

CSD 2065 [08/01/24]

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1.    **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case.  Determine which deputy to call by looking at the Bankruptcy Case No. in the caption  on Page 1 of this notice.  If the case number is followed by the letters:

|   |     |   |                     |   |                              |
|---|-----|---|---------------------|---|------------------------------|
| - | CL  | - | call (619) 557-6019 | - | DEPARTMENT ONE (Room 218)    |
| - | JBM | - | call (619) 557-5157 | - | DEPARTMENT TWO (Room 118)    |
| - | LT  | - | call (619) 557-5157 | - | DEPARTMENT THREE (Room 129)  |

2.    **Within 14 days[1] from the date of this notice**, you are further required to serve a copy  of your **Declaration in Opposition to the Abandonment** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned trustee, together with any opposing papers.  A copy of these  documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA  92101.  The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

   a.    identify the interest of the opposing party; and

   b.    state, with particularity, the factual and legal grounds for the opposition.

3.    **You must** file the original copy of the Declaration and Request and Notice of Hearing with proof of service  with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than  the next business day following the date of service.

   **If you fail to serve your "Declaration in Opposition to the Abandonment" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose  your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated:    July 8, 2026                                  /s/ Gerald H. Davis

Chapter 7 Trustee
Address:        PO Box 38
                Aguanga CA 92536

Phone No.:      (619) 400-9997
E-mail:         ghd@trusteedavis.com

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

United States Bankruptcy Court

Southern District of California

In re:                                                                                     Case No. 24-04842-CL

Narges Miriam Vakili                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                            User: Admin.                            Page 1 of 3
Date Rcvd: Jul 09, 2026                    Form ID: pdf904                    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127, UNITED STATES 92127-1423 |
| 15151771 | + | DMV State of California, PO Box 932325, Sacramento, CA 94232-3250 |
| 15151774 | + | Golden Grate Bridge, PO Box 26925, San Francisco, CA 94126-6925 |
| 15151764 | + | LAW OFFICES OF WILLIAM G. SILVERSTEIN, 8383 Wilshire Blvd, Ste 630, Beverly Hills, CA 90211-2438 |
| 15151765 | + | Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127-1423 |
| 15170858 | + | Richard C. Norton, Esq., NORTON MOORE & ADAMS, LLP, 501 West Broadway, Suite 800, San Diego, California 92101, Tel. No. (619) 233-8200 Facsimile No. 92101-3546 |
| 15151777 | | Santander Consumer USA, PO Box 91245, Fort Worth, TX 76161 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 09 2026 23:59:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:34 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15159164 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 09 2026 23:59:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15152224 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:34 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15189159 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:29 | Ally Bank c/o AIS portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15151766 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 09 2026 23:59:00 | Ally Financial Services, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 15152288 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:34 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15235228 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:34 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15151767 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 09 2026 23:59:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15227059 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 09 2026 23:59:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15151768 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 10 2026 00:05:34 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15181567 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:34 | Capital One Auto Finance, a division of, AIS |

District/off: 0974-3 | User: Admin. | Page 2 of 3
Date Rcvd: Jul 09, 2026 | Form ID: pdf904 | Total Noticed: 34

| Recip ID | | Email | Date | Name and Address |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15226141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 00:05:29 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15151769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2026 00:05:32 | Citibank / THD, PO Box 790040, St. Louis, MO 63179-0040 |
| 15151770 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 09 2026 23:59:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15212233 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 09 2026 23:59:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 15151772 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 09 2026 23:59:00 | Firstmark Services, 121 S 13th Street, Ste 201, Lincoln, NE 68508 |
| 15151773 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 09 2026 23:59:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 15151775 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2026 00:05:29 | JPMorgan Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 15221737 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 00:05:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15151776 | | Email/Text: Bankruptcies@semprautilities.com | Jul 09 2026 23:59:00 | San Diego Gas & Electric, PO Box 25111, Santa Ana, CA 92799 |
| 15151778 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2026 00:05:29 | Synchrony Bank / JCPenney, PO Box 965060, Orlando, FL 32896-5060 |
| 15151780 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 10 2026 00:05:29 | Wells Fargo Bank, 1 Home Campus, MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15151779 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 10 2026 00:05:32 | Wells Fargo Bank Dealer Services, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15234036 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 10 2026 00:05:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15234039 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 10 2026 00:05:29 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15151781 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 10 2026 00:05:31 | Wells Fargo Card, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15234051 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0974-3                          User: Admin.                                      Page 3 of 3
Date Rcvd: Jul 09, 2026                       Form ID: pdf904                                   Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa Ivancevich | on behalf of United States Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Elvina Rofael | on behalf of United States Trustee United States Trustee elvina.rofael@usdoj.gov Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov |
| Gerald H. Davis | ghd@trusteedavis.com  ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Richard C. Norton | on behalf of Plaintiffs Gerald H. Davis  Trustee richnor@aol.com, NMAfileclerk@outlook.com |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com  NMAfileclerk@outlook.com |
| United States Trustee | ustp.region15@usdoj.gov |
| William G Silverstein | on behalf of Defendant Paul Amini pacer@sorehands.com |
| William G Silverstein | on behalf of Debtor Narges Miriam Vakili pacer@sorehands.com |
| William G Silverstein | on behalf of Defendant Narges Miriam Vakili pacer@sorehands.com |

TOTAL: 9