CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.
Gerald H. Davis, 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

**Order Entered on**
August 5, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI

Debtor.

Case No: 24-04842-CL7
Date of Hearing:
Time of Hearing:
Name of Judge: Christopher Latham

**ORDER**
**GRANTING TRUSTEE'S NON-CONTESTED NOTICE OF PROPOSED**
**ABANDONMENT OF PROPERTY**

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any,

for a total of 2 pages.  Notice/Motion/Application Docket Entry No. 97.

//

//

//

//

//

//

DATED:    August 5, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07-01-18]

ORDER GRANTING TRUSTEE'S NON CONTESTED NOTICE OF PROPOSED ABANDONMENT OF PROPERTY
DEBTOR: NARGES MIRIAM VAKILI                                    CASE NO: 24-04842-CL7

---

On July 8, 2026 Trustee filed a Trustee's Notice of Proposed Abandonment of Property (Docket # 97).  Said Notice    jro

was served on all parties July 11, 2026.  No request for hearing nor objection to said Notice having been filed with the Court

or received by moving party; and good cause appearing therefor, it is,

ORDERED ADJUDGED AND DECREED that the property listed in Trustee's Notice of Proposed Abandonment of

Property; **1. POMERANIAN DOG,  2. CASH, 3. BANK OF AMERICA JOINT CHECKING ACCOUNT**, is abandoned.

CSD 1001A

Signed by Judge Christopher B. Latham August 5, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                                           Case No. 24-04842-CL

Narges Miriam Vakili                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                      User: Admin.                          Page 1 of 2

Date Rcvd: Aug 05, 2026                   Form ID: pdfO1                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127, UNITED STATES 92127-1423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alyssa Ivancevich | on behalf of United States Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Elvina Rofael | on behalf of United States Trustee United States Trustee elvina.rofael@usdoj.gov Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov |
| Gerald H. Davis | ghd@trusteedavis.com  ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Richard C. Norton | on behalf of Plaintiffs Gerald H. Davis  Trustee richnor@aol.com, NMAfileclerk@outlook.com |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com  NMAfileclerk@outlook.com |

District/off: 0974-3                       User: Admin.                                    Page 2 of 2
Date Rcvd: Aug 05, 2026                     Form ID: pdfO1                                 Total Noticed: 1

United States Trustee
                            ustp.region15@usdoj.gov

William G Silverstein
                            on behalf of Defendant Narges Miriam Vakili pacer@sorehands.com

William G Silverstein
                            on behalf of Defendant Paul Amini pacer@sorehands.com

William G Silverstein
                            on behalf of Debtor Narges Miriam Vakili pacer@sorehands.com


TOTAL: 9