**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | § | Case No. 24-04842-CL7 |
| | § | |
| NARGES MIRIAM VAKILI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gerald H. Davis, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

325 West F Street, San Diego, CA 92101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/04/2026

By: /s/ Gerald H. Davis
Trustee

Gerald H. Davis
P.O. Box 38
Aguanga, CA 92536

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | § | Case No. 24-04842-CL7 |
| | § | |
| NARGES MIRIAM VAKILI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $115,000.00 |
| *and approved disbursements of* | $74,983.57 |
| *leaving a balance on hand of*[1]*:* | $40,016.43 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $40,016.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| GERALD H. DAVIS, Trustee Fees | $9,000.00 | $0.00 | $9,000.00 |
| Gerald H. Davis, Trustee Expenses | $287.60 | $0.00 | $287.60 |
| RICHARD NORTON, Attorney for Trustee Fees | $64,772.50 | $64,772.50 | $0.00 |
| RICHARD NORTON, Attorney for Trustee Expenses | $8,306.67 | $8,306.67 | $0.00 |
| NGS, LLP, JEAN M. GODDARD CPA, Accountant for Trustee Fees | $1,758.50 | $1,758.50 | $0.00 |
| CLERK UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |
| Other: RICHARD NORTON, Attorney for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | | | |
|---|---|---|---|
| Other: NGS, LLP, JEAN M. GODDARD CPA, Other Professional Expenses | $145.90 | $145.90 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $10,637.60
Remaining balance: $29,378.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $29,378.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $29,378.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $65,602.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | $2,779.76 | $0.00 | $1,244.86 |
| 2 | Ally Bank c/o AIS portfolio Services, LLC | $7,674.29 | $0.00 | $3,436.76 |
| 3 | Firstmark Serviced Trust Firstmark Services | $11,311.59 | $0.00 | $5,065.65 |
| 4 | Resurgent Receivables, LLC Resurgent Capital Services | $6,732.79 | $0.00 | $3,015.13 |
| 5 | Capital One Auto Finance, a division | $7,978.08 | $0.00 | $3,572.81 |

| | | | | |
|---|---|---|---|---|
| | of Capital On | | | |
| 6 | Bank of America, N.A. | $3,295.68 | $0.00 | $1,475.90 |
| 7 | Wells Fargo Bank, N.A. Wells Fargo Card Services | $9,913.95 | $0.00 | $4,439.74 |
| 8 | Wells Fargo Bank, N.A. | $10,817.68 | $0.00 | $4,844.46 |
| 9 | Wells Fargo Bank, N.A. Wells Fargo Card Services | $5,099.11 | $0.00 | $2,283.52 |

Total to be paid to timely general unsecured claims: $29,378.83
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Gerald H. Davis
Trustee

Gerald H. Davis
P.O. Box 38
Aguanga, CA 92536

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Southern District of California

In re:
Narges Miriam Vakili
Debtor

Case No. 24-04842-CL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 3
Date Rcvd: Sep 08, 2026 Form ID: pdf906 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127, UNITED STATES 92127-1423 |
| 15151771 | + | DMV State of California, PO Box 932325, Sacramento, CA 94232-3250 |
| 15151774 | + | Golden Grate Bridge, PO Box 26925, San Francisco, CA 94126-6925 |
| 15151764 | + | LAW OFFICES OF WILLIAM G. SILVERSTEIN, 8383 Wilshire Blvd, Ste 630, Beverly Hills, CA 90211-2438 |
| 15151765 | + | Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127-1423 |
| 15170858 | + | Richard C. Norton, Esq., NORTON MOORE & ADAMS, LLP, 501 West Broadway, Suite 800, San Diego, California 92101, Tel. No. (619) 233-8200 Facsimile No. 92101-3546 |
| 15151777 | | Santander Consumer USA, PO Box 91245, Fort Worth, TX 76161 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 03:48:00 | IRS-Insolvency Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 09 2026 03:48:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:32 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15159164 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 09 2026 03:48:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15152224 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:40 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15189159 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:36 | Ally Bank c/o AIS portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15151766 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 09 2026 03:48:00 | Ally Financial Services, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 15152288 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:33 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15235228 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:32 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15151767 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 09 2026 03:48:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15227059 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 09 2026 03:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15151768 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 09 2026 03:50:32 | Capital One Auto Finance, 7933 Preston Road, |

| | | | | |
|---|---|---|---|---|
| | | | | Plano, TX 75024-2302 |
| 15181567 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:36 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15226141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2026 03:50:32 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15151769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2026 03:50:37 | Citibank / THD, PO Box 790040, St. Louis, MO 63179-0040 |
| 15151770 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 09 2026 03:49:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15212233 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 09 2026 03:48:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 15151772 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 09 2026 03:48:00 | Firstmark Services, 121 S 13th Street, Ste 201, Lincoln, NE 68508 |
| 15151773 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 09 2026 03:48:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 15151775 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2026 03:50:32 | JPMorgan Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 15221737 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 03:50:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15151776 | | Email/Text: Bankruptcies@semprautilities.com | Sep 09 2026 03:48:00 | San Diego Gas & Electric, PO Box 25111, Santa Ana, CA 92799 |
| 15151778 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2026 03:50:36 | Synchrony Bank / JCPenney, PO Box 965060, Orlando, FL 32896-5060 |
| 15151780 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 09 2026 03:50:40 | Wells Fargo Bank, 1 Home Campus, MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15151779 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 09 2026 03:50:36 | Wells Fargo Bank Dealer Services, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15234036 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 09 2026 03:50:40 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15234039 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 09 2026 03:50:40 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15151781 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 09 2026 03:50:32 | Wells Fargo Card, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15234051 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa Ivancevich | on behalf of United States Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Elvina Rofael | on behalf of United States Trustee United States Trustee elvina.rofael@usdoj.gov Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Richard C. Norton | on behalf of Plaintiffs Gerald H. Davis Trustee richnor@aol.com, NMAfileclerk@outlook.com |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com NMAfileclerk@outlook.com |
| United States Trustee | ustp.region15@usdoj.gov |
| William G Silverstein | on behalf of Defendant Paul Amini pacer@sorehands.com |
| William G Silverstein | on behalf of Debtor Narges Miriam Vakili pacer@sorehands.com |
| William G Silverstein | on behalf of Defendant Narges Miriam Vakili pacer@sorehands.com |

TOTAL: 9